FM 210A (10/06)

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA
# OMAHA DIVISION

IN RE: §
§
§   CASE NO. 11-81765-TS
**Marty Dee Johnson** §
**DEBTOR** §
§
§

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Nationstar Mortgage, LLC** | **Aurora Loan Services** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
Should be sent:

   **Nationstar Mortgage, LLC**      Court Claim # (if known):  10
   **350 Highland Drive**             Amount of Claim: $135056.01
   **Lewisville, TX 75067**           Date Claim Filed: 9/16/2011

Phone: **(800) 679-9896**                  Phone:_____
Last Four Digits of Acct #: **xxxxxx4815**  Last Four Digits of Acct.# **xxxx2624**

Name and Address where transferee payments should
be sent (if different from above):

   Nationstar Mortgage, LLC
   350 Highland Drive
   Lewisville, TX 75067

Phone: (800) 766-7751
Last Four Digits of Acct #: **xxxxxx4815**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Craig A. Edelman
   Transferee/Transferee's Agent          Date:     July 14, 2012

*Penalty of making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. §§ 152 & 3571*

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

       I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before the 14th day of July 2012via electronic notice unless otherwise stated:

**Debtor**  *Via U.S. Mail*
Marty Dee Johnson
15116 Chalco Pointe Dr.
Omaha, Nebraska 68138

**Debtors' Attorney**
Erin M. Mccartney
Turco Law Offices
2580 S. 90th Street
Omaha, NE 68124

**Chapter 13 Trustee**
Kathleen A. Laughlin
13930 Gold Circle, Suite 201
Omaha, Nebraska 68144-0544

**US Trustee**
 Patricia Fahey
111 South 18th Plaza, Suite 1148
Omaha, Nebraska 68102

                                             /s/ Craig A. Edelman
                                             Craig A. Edelman