| UNITED STATES BANKRUPTCY COURT<br>**District of Nebraska (Omaha Office)** | | **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor:<br>Marty Dee Johnson | Case Number:<br>11-81765 | |
| Name of Creditor:<br>Nationstar Mortgage LLC | | |
| Name of Current Servicer of account:<br>Nationstar Mortgage, LLC | | **COURT USE ONLY** |
| Name and Address where notices should be sent:<br>Nationstar Mortgage, LLC<br>PO Box 619096<br>Dallas, TX 75261-9741<br><br>Telephone Number: 877-343-5602 | | X Check this box if you are changing the address that notices will go to. |
| Name and Address where payments should be sent (if different from above):<br>Nationstar Mortgage, LLC<br>PO Box 619094<br>Dallas, TX  75261-9741 | | X Check this box if you are changing the address that payments will go to. |
| **1. Account Number: 4815** | | _ Check this box if the account number has changed. |

2.  Signature

    Check the appropriate box.
    ☑ I am the creditor.
    ☐ I am the creditor's authorized agent (Attached copy of power of attorney, if any.)
    ☐ I am the trustee, or the debtor.
    ☐ I am a guarantor, surety, indorser, or other codebtor.

    /s/ Michael Daniels                                    Date:  04/12/2015
    Michael Daniels - Assistant Secretary

1230798-2daae707-4e4c-4a99-b782-0d704bb77ab9-

# UNITED STATES BANKRUPTCY COURT

District of Nebraska (Omaha Office)

Chapter 13 No. 11-81765

In re:  
Judge: Chief Judge Thomas L. Saladino

Marty Dee Johnson

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2015, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid, or via filing with the US Bankruptcy Court's CM ECF system.

Debtor: Marty Dee Johnson  
15116 Chalco Pointe Dr.  
Omaha, NE 68138

Debtor's Attorney: Erin M. McCartney  
Turco Law Offices  
2580 S. 90th Street  
Omaha, NE 68124

Trustee: Kathleen Laughlin  
Chapter 13 Trustees Office  
13930 Gold Circle  
Suite 201  
Omaha, NE 68144

/s/ Bill Taylor - Member of 4 S Technologies, LLC,

Authorized Agent for Nationstar Mortgage LLC,

through Walz Group as mailing agent